JS-6
ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUL - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOE SIMENTAL, SR., | Case No. CV 08-2434-VBF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 30, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE